# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GLEN LIVAS

NO. 2024 KW 0623

**OCTOBER 7, 2024**

---

In Re:    Glen Livas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-01499.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include: the bill of information, the complete guilty plea transcript, pertinent district court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

EW

HG

**Miller, J.** dissents and would order the State to file a response and would invite a per curiam from the district court.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT